874

No. 296. JOHNSON v. MUELBERGER. Court of Appeals of New York. Certiorari granted. *William E. Leahy* and *William J. Hughes, Jr.* for petitioner. *Louis Flato* for respondent.

No. 318. MOORE, ADMINISTRATRIX, v. CHESAPEAKE & OHIO RAILWAY Co. C. A. 4th Cir. Certiorari granted. *Geo. E. Allen* for petitioner. *Walter Leake* and *Meade T. Spicer, Jr.* for respondent.

No. 329. AMALGAMATED ASSOCIATION OF STREET, ELECTRIC RAILWAY AND MOTOR COACH EMPLOYEES OF AMERICA, DIVISION 998, ET AL. v. WISCONSIN EMPLOYMENT RELATIONS BOARD; and
No. 330. AMALGAMATED ASSOCIATION OF STREET, ELECTRIC RAILWAY AND MOTOR COACH EMPLOYEES OF AMERICA, DIVISION 998, ET AL. v. WISCONSIN EMPLOYMENT RELATIONS BOARD ET AL. Supreme Court of Wisconsin. Certiorari granted. *David Previant* for petitioners. *Thomas E. Fairchild,* Attorney General of Wisconsin, *Stewart G. Honeck,* Deputy Attorney General, and *Malcolm L. Riley,* Assistant Attorney General, for the Wisconsin Employment Relations Board et al., respondents. *Van B. Wake* for the Milwaukee Electric Railway & Transport Co., respondent in No. 330. *Stephen J. Roth,* Attorney General, *Edmund E. Shepherd,* Solicitor General, and *Daniel J. O'Hara,* Assistant Attorney General, filed a brief for the State of Michigan, as *amicus curiae,* in support of respondents. Reported below: 257 Wis. 43, 53, 42 N. W. 2d 471, 477.

No. 176. HARDING v. UNITED STATES. C. A. 4th Cir. Certiorari denied. *Alexander W. Parker* for petitioner.

*Solicitor General Perlman, Assistant Attorney General McInerney, Robert S. Erdahl* and *Felicia H. Dubrovsky* for the United States. 

No. 270. BLACKHAWK-PERRY CORPORATION *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 8th Cir. Certiorari denied. *Wayne G. Cook* and *W. A. Sutherland* for petitioner. *Solicitor General Perlman, Assistant Attorney General Caudle, Ellis N. Slack, Lee A. Jackson* and *Carlton Fox* for respondent. 
██

No. 278. BROWN *v.* WATT CAR & WHEEL Co. C. A. 6th Cir. Certiorari denied. *Solicitor General Perlman* for petitioner. *Parker Fulton* for respondent. 

No. 280. CAPITAL AIRLINES, INC. *v.* UNITED STATES. Court of Claims. Certiorari denied. *Charles H. Murchison* and *William A. Carter* for petitioner. *Solicitor General Perlman, Assistant Attorney General Morison, Samuel D. Slade* and *Melvin Richter* for the United States. 

No. 294. CARMACK ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 5th Cir. Certiorari denied. *J. B. Lewright* for petitioners. *Solicitor General Perlman, Assistant Attorney General Caudle, Ellis N. Slack* and *A. F. Prescott* for respondent. 

No. 305. FARINA ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Vine H. Smith* and *Peter L. F. Sabbatino* for petitioners. *Solicitor General Perlman, Assistant Attorney General McInerney, Irving S. Shapiro* and *Felicia H. Dubrovsky* for the United States. 
